1

2

3

4                          UNITED STATES DISTRICT COURT

5                         NORTHERN DISTRICT OF CALIFORNIA

6

7    JOSHUA PARRISH,                              Case No.  22-cv-07386-JSW

8                    Plaintiff,

9          v.                                     **ORDER OF TRANSFER**

10   MULE CREEK STATE PRISON,

11                   Defendant.

12          Plaintiff, a California prisoner at Mule Creek State Prison proceeding pro se, has filed a

13   motion for a temporary restraining order against officials at that prison regarding the conditions of

14   confinement there.  The proper venue for Plaintiff's claim is the Eastern District of California

15   because that is the venue in which Mule Creek State Prison lies.  *See* 28 U.S.C. § 84.

16   Accordingly, IT IS ORDERED in the interest of justice, and pursuant to 28 U.S.C. § 1406(a), that

17   this action be TRANSFERRED to the United States District Court for the Eastern District of

18   California.  *See* 28 U.S.C. §§ 1391(b), 1406(a).

19          The Clerk shall transfer this matter forthwith.

20          **IT IS SO ORDERED.**

21   Dated: December 5, 2022

22

23

24                                               JEFFREY S. WHITE
                                                 United States District Judge
25

26

27

28

United States District Court
Northern District of California